MARC P. COOK, ESQ.
Nevada Bar No. 004574
JULIE L. SANPEI, ESQ.
Nevada Bar No. 005479
COOK & KELESIS, LTD.
517 South Ninth Street
Las Vegas, Nevada 89101
Phone:      (702) 737-7702
Fax:        (702) 737-7712
E-mail:     law@bckltd.com
*Attorneys for Plaintiff, Stephen Tam, MD*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN TAM, MD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada; THE MEDICAL AND DENTAL STAFF OF THE UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, an independent subdivision of University Medical Center of Southern Nevada; FREDERICK LIPPMANN, MD, an individual; DANIEL ORR, DDS, an individual; THOMAS ZYNIEWICZ, DO, an individual; RICHARD ONGTENGCO, MD, an individual; JOHN O'REILLY, DONALD MACKAY, RENEE FRANKLIN, ROBYN CASPERSEN, HARRY HAGERTY, LAURA LOPEZ-HOBBS, CHRISTIAN HASSE, MARY LYNN PALENIK, and JEFF ELLIS, UMC Governing Board of University Medical Center of Southern Nevada,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01213-JCM-DJA<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, Stephen Tam, MD, by and through his counsel, Marc P. Cook, Esq. Of Cook & Kelesis, Ltd., and Defendants, University Medical Center of Southern Nevada, the Medical and Dental Staff of the University Medical Center of Southern Nevada, Frederick Lippmann, MD, Daniel Orr, DDS, Thomas Zyniewicz, DO, Richard Ongtengco, MD, John O'Reilly, Donald Mackay, Renee Franklin, Robyn Caspersen, Harry Hagerty,

1  Laura Lopez-hobbs, Christian Hasse, Mary Lynn Palenik, and Jeff Ellis as members of the UMC
2  Governing Board of University Medical Center of Southern Nevada (collectively "UMC
3  Defendants"), that the briefing schedule on the following pending Motions filed by Defendants shall
4  be extended:

5  ECF No. 10: Defendants' Motion to Redact Complaint and Jury Demand (ECF No. 1) and Seal the Unredacted Complaint and Jury Demand (ECF No. 1);

6  ECF No. 13: Defendants' Motion to Dismiss or in the Alternative, Motion for Summary Judgment

7  ECF No. 14: Defendants' Motion for Leave to (1) Redact Defendants' Motion to Dismiss or in the Alternative, for Summary Judgment and (2) Seal the Unredacted Ccopy of Said Motion and Exhibits A through D and F through L.

10  The time within which Plaintiff will file any responses in opposition to these motions will
11  be extended to September 14, 2020. UMC Defendants' replies to any responses in opposition to the
12  motions will be due on October 14, 2020.

13  DATED this  21st day of August, 2020                    DATED this  21st  day of August, 2020

14  COOK & KELESIS, LTD.                                     UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA

16  By: *Marc P. Cook /s/*                                   By: *James F. Conway /s/*
    MARC P. COOK, ESQ.                                       SUSAN M. PITZ, ESQ.
17  Nevada Bar No. 004574                                    Nevada Stsate Bar No. 8227
    JULIE L. SANPEI, ESQ.                                    JAMES F. CONWAY, ESQ.
18  Nevada Bar No. 005479                                    Nevada State Bar No. 11789
    517 South Ninth Street                                   TYE D. MASTERS, ESQ.
19  Las Vegas, Nevada 89101                                  Nevada State Bar No. 14580
    *Attorneys for Plaintiff, Stephen Tam, MD*               1800 W. Charleston Blvd.
20                                                            Las Vegas, Nevada 89102
                                                             *Counsel for UMC Defendants*

## **ORDER**

It is so ORDERED.

DATED August 24, 2020.

_____
US DISTRICT COURT JUDGE

Page 2 of  2