SUSAN M. PITZ, ESQ.
NEVADA STATE BAR NO. 8227
JAMES J. CONWAY, ESQ.
NEVADA STATE BAR NO. 11789
TYE D. MASTERS, ESQ.
NEVADA STATE BAR NO. 14580
UNIVERSITY MEDICAL CENTER
OF SOUTHERN NEVADA
1800 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tel. No.: (702) 224-7140
Fax No.: (702) 383-3893
susan.pitz@umcsn.com
james.conway@umcsn.com
tye.masters@umcsn.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN TAM, M.D. | CASE NO.: 2:20-cv-01213-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada; THE MEDICAL AND DENTAL STAFF OF THE UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, an independent subdivision of University Medical Center of Southern Nevada; FREDERICK LIPPMANN, MD, an individual; DANIEL ORR, DDS, an individual; THOMAS ZYNIEWICZ, DO, an individual; RICHARD ONGTENGCO, MD, an individual; JOHN O'REILLY, DONALD MACKAY, RENEE FRANKLIN, ROBYN CASPERSEN, HARRY HAGERTY, LAURA LOPEZ-HOBBS, CHRISTIAN HASSE, MARY LYNN PALENIK, and JEFF ELLIS, UMC Governing Board of University Medical Center of Southern Nevada, | |
| Defendants. | |

## STIPULATION AND ORDER

Plaintiff, Stephen Tam, M.D., by and through his attorneys of record, Marc P. Cook Esq. and Julie L. Sanpei, Esq., and Defendants, University Medical Center of Southern Nevada ("UMC"); the Medical and Dental Staff of University Medical Center of Southern Nevada; Frederick Lippmann, M.D.; Daniel Orr D.D.S.; Thomas Zyniewicz, D.O.; Richard Ongtengco, M.D; John O'Reilly; Donald Mackay; Renee Franklin; Robyn Caspersen; Harry Hagerty; Laura Lopez-Hobbs; Christian Haase (incorrectly named as "Christian Hasse"); Mary Lynn Palenik; Jeff Ellis; and the Governing Board of University Medical Center of Southern Nevada (collectively, "Defendants"), by and through their attorneys of record, Susan M. Pitz, Esq., James J. Conway, Esq., and Tye D. Masters, Esq., hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants that Plaintiff shall not file a Notice of Appeal, or seek reconsideration by this Honorable Court, of Sealed Order (ECF No. 28) granting Defendants' Motion to Dismiss (ECF No. 13).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY FURTHER STIPULATED AND AGREED** by and between Plaintiff and Defendants that Defendants hereby withdraw their pending Motion for Attorney's Fees (ECF No. 29) and their pending Motion to Seal the Motion for Attorney's Fees (ECF No. 30).

**IT IS SO STIPULATED.**

DATED this 14th day of April, 2021.                   DATED this 14th day of April, 2021.

 /s/ Julie L. Sanpei                                                /s/ James J. Conway
Marc P. Cook, Esq.                                             Susan M. Pitz, Esq.
Julie L. Sanpei, Esq.                                            James J. Conway, Esq.
517 South Ninth Street                                      Tye D. Masters, Esq.
Las Vegas, NV  89101                                      1800 W. Charleston Blvd
*Attorney for Plaintiff*                                        Las Vegas, Nevada  89102
                                                                          *Attorneys for Defendant*s

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: April 16, 2021